IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CURT P. MITCHELL, a/k/a, Princesa Candelita El Mitchkebe Kebechet El, | : : : : |
| Plaintiff | : |
| v. | : 3:19-CV-2024 : (JUDGE MARIANI) |
| COMMISSIONER OF INTERNAL REVENUE, et al., | : : : |
| Defendants | : |

## ORDER

AND NOW, THIS 7TH DAY OF APRIL, 2020, upon review of Magistrate Judge Saporito's Report & Recommendation ("R&R") (Doc. 8) for clear error or manifest injustice,

**IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 8) is **ADOPTED** for the reasons stated therein.

2. The above-captioned action is **DISMISSED WITHOUT PREJUDICE** for failure to pay the requisite filing and administrative fees.

3. The Clerk of Court is directed to **CLOSE** the above-captioned action.

　　　　　　　　　　　　　　　　　　__s/ Robert D. Mariani_____
　　　　　　　　　　　　　　　　　　Robert D. Mariani
　　　　　　　　　　　　　　　　　　United States District Judge